AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
**FILED**

SEP 0 2 2022

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Johnnie Banks
*Petitioner*

v.

USP LEE
*Respondent*

(name of warden or authorized person having custody of petitioner)

Case No. 7:22CV516 -J
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Johnnie Edward Banks JR.
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: USP LEE
   (b) Address: PO BOX 305
       Jonesville, VA 24263
   (c) Your identification number: 17117-084
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain: _____
   _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Western District of Virginia Charlottesville VA
   (b) Docket number of criminal case: 13-cr-00003
   (c) Date of sentencing: DEC 2013
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____
   _____
   _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Northern District Court Illinois

(b) Docket number, case number, or opinion number: 22C 50068

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: FTC'S FSA not being applied and FSA language not being followed

(d) Date of the decision or action: None

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                 ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                 ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b)  If you answered "No," explain why you did not file a third appeal:  _____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                    ☐ No

If "Yes," answer the following:

(a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes                ☐ No

        If "Yes," provide:

        (1)  Name of court:  _____

        (2)  Case number:  _____

        (3)  Date of filing:  _____

        (4)  Result:  _____

        (5)  Date of result:  _____

        (6)  Issues raised:  _____

_____

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ☐ Yes                ☐ No

        If "Yes," provide:

        (1)  Name of court:  _____

        (2)  Case number:  _____

        (3)  Date of filing:  _____

        (4)  Result:  _____

        (5)  Date of result:  _____

        (6)  Issues raised:  _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence: _____
_____
_____
_____
_____
_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☐ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____
_____
_____
_____
_____
_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Requirements of FSA FTCs and risk and needs assessments. A prisoner under 5 years determine to be a medium or high risk of recidivating shall receive more frequent risk needs assessments to lower recidivism to have FTCs applied

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

DOJ was 'required' to issue training to unit teams at federal Institutions, for the 1 year sentence credits for programms. Congress, in the FSA, unequivocally spelled out this deadline but prison systems has only awarded those who were within 1 year to avoid legal liability for confining individuals whose sentences are completed. But prisons continue to point fingers. Instead of promptly complying with law and deprivation of rights.

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes           ☐ No

**GROUND TWO:** The Retroactivity of FTC's and specific language that has not been follow for nearly 4 years. That resulted to the Director of the F.B.OP resigning.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

From Dec 2018 to Dec 2021 which would be 365 days at 10 days a month of FTC. Was suppose to be customarilly applied to eligible inmate. Nothing stated if your recidivism is low. It simply wasn't anything about recidivism because of the proven 'racial Disparity'. The Risk assessments not being properly done by qualifying personell. Has deprived me of my freedom, laws and other forms of rehabilitation that I'm eligible for by other Acts.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes           ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes           ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I was told by the warden here at USPLEE he doesnt care about policy or procedures. And that they dont follow FSA instructions.

**Request for Relief**

15. State exactly what you want the court to do: To have FTC applied immediately and release to my supervised release term. And to be rewarded 25,000 for detainment of deprivation of laws

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

August 29, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8/ 1 /2022

*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

Page 10 of 10

Johnnie Banks 17117-084
USP LEE
P.O. Box 305
Jonesville, VA 24263



KNOXVILLE TN
31 AUG 2022

LEGAL MAIL

UNITED STATES DISTRICT COURT

CLERK OF THE COURT
210 FRANKLIN ROAD, S.W.
ROOM 308
24011-220883  ROANOKE, VA 24011